**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE:
RUSSELL O. RIDDELL
NANCY RIDDELL
DEBTORS                                                                                           CASE NO. 18-52130

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

1.      The following documents were not provided to the trustee: current paystubs for Nancy Riddell.

2.      Consumer Portfolio Services, Inc. filed an objection to confirmation of the plan. [Doc. 18]. Any changes in valuation of collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

3.      Schedule J reflects an expense for a payment to Rent-A-Center of $190.00. The trustee requests that the debtors provide the date on which the final payment for this obligation is due. If the final payment occurs during the course of the plan, amend the plan to increase plan payments by the amount of the rental payment in the month after the final rental payment is due.

4.      The trustee objects to the debtors' budgeted expense of $250.00 for student loans. The debtors testified that the required payment on the student loans is approximately $112.00. Payment of the student loans in an amount more than twice the required amount results in the debtors paying the student loan claims in full during their chapter 13 plan. At the same time the trustee estimates the proposed plan will pay a 21% dividend to the debtors' other general unsecured creditors. The Code allows debtors to separately classify unsecured claims, but the separate classification may not discriminate unfairly against any class. 11 U.S.C. § 1322(b)(1). Payment in full to one class while providing a 21% dividend to another class is discriminatory

and not allowed by the Bankruptcy Code. Debtors should increase the plan payment by $138.00, the difference between the required student loan payments and the amount budgeted for the student loan payments.

        Beverly M. Burden, Chapter 13 Trustee

    By:    /s/ Cheryl E. James
        Cheryl E. James,
        Attorney for Trustee
        Ky. Bar ID:  88883
        P.O. Box 2204
        Lexington, KY 40588-2204
        (859) 233-1527
        notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on Laura Kincheloe, Esq. on March 20, 2019.

        Beverly M. Burden, Chapter 13 Trustee

    By:    /s/ Cheryl E. James
        Cheryl E. James,
        Attorney for Trustee